UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

LAURA VASQUEZ,

                     Plaintiff,

    -against-

TRISTATE DEVELOPERS, INC., f/k/a
RZ CONSTRUCTION CORP.
SULIMAN ARIF, as Supervisor, and Individually,
and JAMAL QUERESHI, as Supervisor,
and Individually,

                     Defendants.
------------------------------------------------------X

ECF FILING

Docket No.: 05 Civ. 2961 (AKH

VERIFIED COMPLAINT
AND JURY DEMAND

       Plaintiff, LAURA VASQUEZ, by her attorneys, GOODSTEIN & WEST, ESQS, as and for her Complaint, alleges:

## NATURE OF THE CASE

       ThisThis This isThis is This is anThis is an This is an employmeThis is an employment discrimination discriminationdiscrimination against plaintdiscrimination against plaintiffdiscrimination against plaintiff dis gender,gender, and in retalgender, and in retaliatiogender, and in retaliation against plaintiff, including plaintiffplaintiff engagingplaintiff engaging in the protected activityplaintiff engaging in the protected activ ofof Title VII of Title VII of the Cof Title VII of the Civil Rights Act of 1964, 42 USC §2000e, as am HumanHuman RightsHuman Rights Law, N.Y. Executive Law §290, *et seq*., and., and the New York City N.Y.C.N.Y.C. Administrative Code, Title 8 §8-101, *et seq*. . Plaintiff seeks injunctive relief, compensatory damages and punitive damages against defendants.

## JURISDICTION AND VENUE

A.    <u>Subject Matter Jurisdiction</u>

    1.    ThThisThis Court has jurisdiction over the federal claims pursuant to 28 U.S.C.§This Co 1337,1337, and 1343. This action is authorized and instituted, pursuant1337, and 1343. This action is auth

thethe Civil Rights as of 1964, asthe Civil Rights as of 1964, as amended, 42 U.S.C. §2000e ("Title VII"), an

Rights Act of 1991, 42 U.S.C. §1981A.

2. SupplementalSupplemental jurisdictionSupplemental jurisdiction over the stateSupplement

United Mine Workers v. Gibbs, 282 U.S. 715 (1966).

B.   Venue

3. VenueVenue is proper in this district, pursuant to 28 U.S.C. §1391Venue is proper in this d

5(f5(f)(3),5(f)(3), since the claims alleged herein arise in the State of New York, all within 5(f)(3), si

District of New York.

## PARTIES

4. Plaintiff,Plaintiff, LAURA VASQUEZ ("PlaPlaintiff, LAURA VASQUEZ ("Plaintiff")

residesresides at 1315 Amsterdam Avenue, New York, New York, in the County of New York,resides at

State of New York.

5. UponUpon information andUpon information and belief, defendant TRISTATE DEVELOP

CONSTRUCTIONCONSTRUCTION CORP.("RZ ), isCONSTRUCTION CORP.("RZ ), is a privateCO

York,York, with its offices in 264 Stanley Avenue, Staten Island, New York,, New York, and, at all relevant

continually employed at least fifteen (15) employees.

6. UponUpon information and belief, defendantUpon information and belief, defendant RZ is

oror industryor industry affecting interstate commerce within theor industry affecting interstate commerce

VII

7. UponUpon informationUpon information and belief, defendantUpon information and belie

The New York State and New York City Human Rights Laws.

8. AtAt all times relevant herein, defendant SULIMANAt all times relevant herein, defendant S

ofof defendant RZ CONSTRUCTION CORP., and Ms. VASQUEZ's immediate supervisor at the RZ

CONSTRUCTION CORP. site in the Grant Houses complex, New York City, New York.

9       AtAt all timesAt all times relevant herein, defendant JAMALAt all times relevant herein, de employeeemployee of defendant RZ CONSTRUCTION CORP., and employee of defendant RZ CONSTR CONSTRUCTION CORP. site in the Grant Houses complex, New York City, New York.

## STATEMENT OF CLAIMS

A. Background

10.     OnOn April 10, 2003,On April 10, 2003, Plaintiff filed a Complaint of Discrimination with CiCityCity HousCity Housing Authority Department of Equal Opportunity, Office of Employment Opp ( OEO )( OEO ) alleging violations of( OEO ) alleging violations of Title VII  by Defendants.  On Dec  Probable  Probable Cause   Probable Cause  to believe Defendants discriminated  Probable Cause  to be Plaintiff. Plaintiff was notified of the determination on June 2, 2004.

11.     OnOn June 7,On June 7, 2004, PlaintiffOn June 7, 2004, Plaintiff filed a Charge of Discri violationsviolations oviolations of Titviolations of Title VII  by Defendant RZ CONSTRUCTION. (Cop ExhibitExhibit "A" and incorporated herein.) It is now more than thirty daysExhibit "A" and incorporated 11,11, 2005, the E.E.O.C. issued its Notice of Right To Sue letter. (Copy annexed hereto as Exhibit "B" andand incorporated herein.)  This action has been brought within 90 days of the receipt ofand incorporat of Right to Sue.  All conditions precedent to the institution of this lawsuit have been met.

B. Facts

12.     PlaintiffPlaintiff a female,Plaintiff a female, born February 20, 1962, isPlaintiff a female, bor City Housing Authority ( NYCHA ) development.

13.     PlaintifPlaintiffPlaintiff was a participant in the Section 3 Program of the Housing an Development Act of 1968 ( Section 3").

14.     DefendantDefendant TRISTATE f/k/a RZ was a subconDefendant TRISTATE f/k/a RZ contract with the NYCHA to repair exterior brickwork at Grant Houses in 2002-2003.

15. DefendantDefendant TRISTATE f/k/a RZ entered into a Resident Employment Progr... ( REP )( REP ) Hiring Summary Agreem( REP ) Hiring Summary Agreement ( REP ) Hiring Summ... employemploy Section 3 resident workers as laborers underemploy Section 3 resident workers as laborers u...

16. DefendantDefendant TRISTATE f/k/a RZ agreed toDefendant TRISTATE f/k/a RZ agreed t... as laborers in New York City.

17. PlaintiffPlaintiff was hired byPlaintiff was hired by RZ Construction pursuant to defendant ... obligations under the REP Hiring Summary Agreement with NYCHA.

18. PlaintiffPlaintiff worked as a construction laborer forPlaintiff worked as a construction ... formally known as RZ CONSTRUCTION CORP., commencing October 1, 2002.

19. DefendantDefendant TRISTATE f/k/a RZ also hired twoDefendant TRISTATE f/k/a R... Hiring Summary Agreement with NYCHA.

20. At all relevantAt all relevant times, Defendant ARIF was the site supervisor of SectionAt a... workers at Grant Houses.

21. At all relevant times, Defendant QURESHI was the site manager at Grant Houses.

22. CommencingCommencing in or aboutCommencing in or about OcCommencing in or a... BusinessBusiness IniBusiness InitiativeBusiness Initiatives ( DEBI ) that Defendant RZ was subjecting... conditions at work than those given to male Section 3 resident workers of defendant RZ.

23. InIn or about March, 2003, PlaintiffIn or about March, 2003, Plaintiff reported to NYCHA ... waswas not providingwas not providing Plaintiff withwas not providing Plaintiff with equal work hours si... workers of defendant RZ.

24. OnOn or aboutOn or about April 4,On or about April 4, 2003, Defendant TRISTATE f/k/a R... her employment with defendant RZ.

25.25. OnOn MayOn May 13, 2003, defendant RZOn May 13, 2003, defendant RZ Construction wa... as a Section 3 resident worker in conjunction with the REP at Grant Houses.

26. ByBy letter datedBy letter dated June 30, 2003, Plaintiff resigned fromBy letter dated June... harassment, unsafe working conditions and duress by defendants.

4

27. CommencingCommencing JCommencing July 8, 2Commencing July 8, 2003, Darryl Bra hired by defendant RZ to replace Plaintiff.

28. AtAt all relevant times herein, Plaintiff wasAt all relevant times herein, Plaintiff was the o employed by defendant TRISTATE f/k/a RZ.

29. WhileWhile in the course of herWhile in the course of her emplWhile in the course plaintiffplaintiff wasplaintiff was subjected to different terms and conditions of employment than malepl waswas sexually was sexually harassed bwas sexually harassed by her male supervisors, defendants Al hostile work environment for plaintiff which was pervasive and severe.

30. TheThe sexually harassing conduct andThe sexually harassing conduct and unequal and ur waswas subjected consisted of negative comments about Plaintiff being a woman in the was subjected c fifield,field, failfield, failing to provide plaintiff with protective gear at the work site, requiring Plaintif demolitiondemolition debris while male workersdemolition debris while male workers watched, holding up signsign blank time sheets insign blank time sheets in order to receive her pay, and notsign blank time sheet hours equal to those worked by male Section 3 Resident workers.

31. DefendantsDefendants had initially declined toDefendants had initially declined to hire Plai toto be reminded and directedto be reminded and directed by officials at DEBI of their legal obligationto 3 resident workers regardless of their gender.

32. Defendant ARIF did threaten to fire PlaintiffDefendant ARIF did threaten to fire Plaintiff defendant QUESHI told Plaintiff to stop reporting RZ to the oversight agencies.

33. DefendantsDefendants dDefendants did termiDefendants did terminate Plaintiff s emplo reported the unfair treatment to which she was being subjected by Defendants.

34. PlaintiffPlaintiff was constructivelyPlaintiff was constructively discharged from her employ JuneJune 30,June 30, 2003 as a direct result of DefendantsJune 30, 2003 as a direct result of Defendants disc environment and retaliation.

5

FIRST CAUSE OF ACTION:
against Defendant RZ
Discrimination in Violation of Title VII

35. PlaintiffPlaintiff repeatsPlaintiff repeats andPlaintiff repeats and realleges each allegation co of this Complaint as though fully set forth herein.

36. By its action aforementioned, Defendant RZ subjecBy its action aforementioned, Defendant on the basis of her gender in violation of Title VII.

37. IInIn violating Title VII, Defendant RZ acted intentionally, maliciously, willfully and with reckless indifference to plaintiff's federally protected rights.

38. PlaintiffPlaintiff has suffered, is suffering,Plaintiff has suffered, is suffering, and, upon infor suffer irreparable injury caused by Defendant RZ s illegal conduct.

39. TheThe violative conduct of Defendant RZ complained of aboveThe violative conduct of ofof equal employmentof equal employment opportunities,of equal employment opportunities, adversely a causedcaused plaincaused plaintiff tocaused plaintiff to lose wages and benefits, to incur pecuniary and emotional distress and humiliation, and to incur attorneys' fees and costs.

SECOND CAUSE OF ACTION:
against Defendant RZ
Retaliation in Violation of Title VII

40. PlaintiffPlaintiff repeatsPlaintiff repeats andPlaintiff repeats and realleges each allegation co of this Complaint as though fully set forth herein.

41. ByBy terminating PlaintiBy terminating Plaintiff By terminating Plaintiff on April 4 Defendant RZ violated Title VII.

42. ByBy By constructivelyBy constructively By constructively terminatingBy constructively ter VII.

43. ThisThis unjustified conduct This unjustified conduct against This unjustified conduct plaintiff having complained of and opposed Defendants discriminatory conduct.

6

44. InIn violating Title VII, Defendant RZ acted intentionally, maIn violating Title VII, Defer with reckless indifference to plaintiff's federally protected rights.

45.. PlaintiffPlaintiff has suffered, is suffering,Plaintiff has suffered, is suffering, and, upon infor suffer irreparable injury caused by Defendant RZ s illegal and retaliatory conduct.

46. TheThe violative conduct of Defendant RZ complained of The violative conduct of Defer equalequal employment opportunities, adversely affected her statusequal employment opportunities, ad causedcaused caused plaintiff to lose wages and benefits, to incur pecuniary and non-pecuniary losses, to emotional distress and humiliation, and to incur attorneys' fees and costs.

### THIRD CAUSE OF ACTION:
#### against Defendant RZ
#### Discrimination in Violation of The New York State Human Rights Law

47. PlaintiffPlaintiff repeatsPlaintiff repeats andPlaintiff repeats and realleges each allegation co of this Complaint as though fully set forth herein.

48. ByBy its action aforementioned, Defendant RZ subjected plaintiff to disparate tBy its action a onon the basis of her gender in violation on the basis of her gender in violation of on the basis of her ge 296.1 *et. seq*.

49. PlaintiffPlaintiff has suffered, is suffering,Plaintiff has suffered, is suffering, and, upon infor suffer irreparable injury caused by Defendant RZ s illegal conduct.

50. InIn violating Title VII, DefendanIn violating Title VII, DefendantIn violating Title VII, I with reckless indifference to plaintiff's federally protected rights.

51. TheThe violative conduct of Defendant RZThe violative conduct of Defendant RZ compla ofof equal employment opportunities, adverselyof equal employment opportunities, adversely affectedof e causedcaused plaintiff to lose wages and benefits, to incucaused plaintiff to lose wages and benefits, to suffer emotional distress and humiliation and to incur the costs of this action.

## FOURTH CAUSE OF ACTION:
### against Defendant RZ
### Retaliation in Violation of The New York State Human Rights Law

52. PlaintiffPlaintiff repeatsPlaintiff repeats andPlaintiff repeats and realleges each allegation c‑ of this Complaint as though fully set forth herein.

53 TheThe complained of unjustified conduct againThe complained of unjustified conduc‑ retaliation for Plaintiff having complained of and opposed Defendants discriminatory conduct.

54. Defendant'sDefendant's actions towards plaintifDefendant's actions towards plaintiffDefenda‑ plaintiff'splaintiff's employment becauseplaintiff's employment because of her protected activity, violatedp‑ Law, N.Y. Exec. Law § 296.1

55. DefendantDefendant RZ knewDefendant RZ knew or shouldDefendant RZ knew or shoul‑ State Human Rights Law.

56. ByBy reason of Defendant RZ's violation of the New York State Human RightsBy reason ‑ plaintiffplaintiff lost wages and benefits, incurred pecuniaryplaintiff lost wages and benefits, incurred pecu‑ distress and humiliation, and incurred the costs of this action.

## FIFTH CAUSE OF ACTION:
### Violation of The New York City Human Rights Law

57. PlaintiffPlaintiff repeats and reallegesPlaintiff repeats and realleges eachPlaintiff repeats an‑ of this Complaint as though fully set forth herein.

58. DefendantDefendant RZ's willful actions towardsDefendant RZ's willful actions towards pla‑ herher employment because of her gender violated the New York City Human her employment beca‑ Administrative Code.

59. DefendantDefendant RZ knew or should haveDefendant RZ knew or should have known t‑ the NYC Human Rights Laws.

60. ByBy reason of Defendant RZ's intentionalBy reason of Defendant RZ's intentional and mali‑ itsits violations of the NYC Humanits violations of the NYC Human Rights Law, Plaintiffits violations of ‑

andand non-pecuniary losses, suffered severeemotional distrand non-pecuniary losses, suffered severeemoti

fees and the costs of this action.

### SIXTH CAUSE OF ACTION:
### Violation of The New York City Human Rights Law

61. PlaintiffPlaintiff repeatsPlaintiff repeats andPlaintiff repeats and realleges each allegation c

of this Complaint as though fully set forth herein.

62. TheThe complained of unjustified conduct The complained of unjustified conduct aga

retaliation for Plaintiff having complained of and opposed Defendants discriminatory conduct.

63. DefendantDefendant RZ's willful actions towards PlaintiffDefendant RZ's willful actions to

employmentemployment because of her opposition to Defendants conduct violated the New York City Hu

Rights Law, N.Y. Administrative Code.

64. DefendantDefendant RZ knew or should have kDefendant RZ knew or should have know

NYC Human Rights Laws.

65. ByBy reasonBy reason of Defendant RZ's intentional andBy reason of Defendant RZ's intent

itsits violations of the NYC Humanits violations of the NYC Human Rights Law, Plaintiffits violations of

andand non-pecuniary losses, suand non-pecuniary losses, sufferedand non-pecuniary losses, sufferedand no

fees and the costs of this action.

### SEVENTH CAUSE OF ACTION
### (Aiding and Abetting against Defendant SULIMAN ARIF)

66. PlaintiffPlaintiff repeats andPlaintiff repeats and realleges thePlaintiff repeats and realleges

of this Complaint as though fully set forth herein.

67. UponUpon information and belief, defendant SULIMAN ARIF actually participated in

discriminatorydiscriminatory and retaliatory conduct against Plaintiff in that defendant Adiscriminato

defendantdefendant JAMAL QUERESHI in unjustly assigning, terminating and/or causing thedefendant J[...] Plaintiff because of Plaintiff's gender.

68. ByBy hBy hisBy hisBy his conductBy his conduct By his conduct coBy his conduct complaine[...] oror coerced the discrimination against Plaintiff on the basis of her gender andor coerced the discriminatio[...] PlaintiffPlaintiff oPlaintiff on the basis of her protected activity, all in violation of New York State Hu[...] Law §296.6.

69. AsAs a direct result oAs a direct result ofAs a direct result of As a direct result of defAs a direct [...] Plaintiff,Plaintiff, Plaintiff has suffered and continues to suffer Plaintiff, Plaintiff has suffered and co[...] suffering and mental anguish and incurred the costs of this action.

### EIGHTH CAUSE OF ACTION
(Aiding and Abetting against Defendant JAMAL QUERESHI)

70. PlaintiffPlaintiff repeats andPlaintiff repeats and realleges the allegations contained in each [...] of this Complaint as though fully set forth herein.

71. UponUpon information and belUpon information and belief, deUpon information [...] discriminatorydiscriminatory anddiscriminatoryand retaliatoryconduct against plaintiff indiscriminatoryar[...] defendantdefendant ARIF, in unjustly assigning, terminating and/or causing defendant ARIF, in unju[...] because of Plaintiff's gender.

72. ByBy his conduct complained of, Defendant QUERESHI aided aBy his conduct compla[...] compelledcompelled or coerced the discriminationcompelled or coerced the discrimination and retaliation[...] State Human Rights Law §296.6.

73. AsAs aAs a directAs a direct result of defendant QUERESHI's discriminatory and retaliator[...] towardtoward Plaintiff, Plaintiff has suffered and continutoward Plaintiff, Plaintiff has suffered and con[...] and suffering and mental anguish and incurred the costs of this action.

PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully demands judgment against defendant as follows:

On All Causes of Action:

A. GrantGrant a permanentGrant a permanent injunctionGrant a permanent injunction enjoinin CONSTRUCTIONCONSTRUCTION CORP, its officers, successors, and assigns,CONSTRUCTION CO practices which discriminate against employees;

B. OrderOrder TRISTAOrder TRISTATE f/k/Order TRISTATE f/k/a RZ CONSTRUCTIO policies,policies, programs andpolicies, programs and practices which provide equalpolicies, programs an ofof defendant company  and which eradicatof defendant company  and which eradicate the effeof practices;

On the First and Second Causes of Action:

C. AnAn Order directing defendant TRISTATE f/k/a RZ to make plaintiff whole by providingproviding damages in the amount of lost back pay with prejudgment interest, lostproviding dama futurefuture pecuniary losses andfuture pecuniary losses and compensatory damages for plaintiff's emotion anguish, and humiliation; for punitive damages; and for attorneys' fees, and costs incurred.

D. AA judgment ordering defendantA judgment ordering defendant TA judgment ordering position or a comparable position with retroactive seniority, increases, and benefits;

On the Third and Fourth Causes of Action:

E. AnAn Order directing defendant  TRISTATE f/k/a RZ to make plaintiff An Order dir providingproviding monetary damagesproviding monetary damages in the amount of lost back pay withpro pastpast and future pecuniary losses and compensatory damages forpast and future pecuniary losses and com mental anguish and humiliation; and for costs incurred.

On the Fifth and Sixth  Causes of Action:

F. AnAn Order directing defendant  An Order directing defendant  TRISTAAn Order di providiprovidingproviding monetproviding monetary damages in the amount of lost back pay with preju lostlost benefits;  past and future pecuniary losseslost benefits;  past and future pecuniary losses and comp

11

pain,pain, suffering, mental anguish and pain, suffering, mental anguish and humiliationpain, suffering incurred.

On the Seventh Cause of Action:

      G.    AnAn award against defendant SULIMAN ARIFAn award against defendant SULIMAN A in the amount of $500,000; and for costs incurred.

On the Eighth Cause of Action:

      H.    AnAn An award An award against defendant JAMAL QUERESHI  to plaintiff of con damages in the amount of $500,000; and for costs incurred.

Together with such other and further relief as to this Court may seem just and proper.

## JURY TRIAL DEMANDED

Plaintiff demands a trial by jury on all issues properly before this Court and all questions of fact raised by this Complaint.

Dated:    New Rochelle, New York
           March 14, 2005

                  Respectfully Submitted,

                  GOODSTEIN & WEST

            By:    /s/
                  PAULA JOHNSON KELLY (PJK 8889)
                  *Attorneys for Plaintiff*
                  56 Harrison Street, Suite 401
                  New Rochelle, New York 10801
                  (914) 632-8382